## MICHAEL KUNDERT *v.* COMMISSIONER OF CORRECTION
### (AC 19644)

Foti, Landau and Zarella, Js.

Submitted on briefs January 26—officially released February 15, 2000

Per Curiam. The appeal is dismissed.

## BEN GYADU *v.* HARTFORD INSURANCE COMPANY ET AL.
### (AC 19626)

Foti, Landau and Zarella, Js.

Submitted on briefs January 26—officially released February 15, 2000

Per Curiam. The judgment is affirmed.

## BEN GYADU *v.* HARTFORD INSURANCE COMPANY
### (AC 18609)

Foti, Landau and Zarella, Js.

Submitted on briefs January 26—officially released February 15, 2000

Per Curiam. The judgment is affirmed.